02-00042
USDC-RIPR
J. Torres

# United States Court of Appeals
## For the First Circuit

No. 03-1177

**MANDATE**

UNITED STATES OF AMERICA,

Appellee,

v.

KENNY MATEO-ESPEJO,

Defendant, Appellant.

2005 OCT 14 P 2: 49
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**JUDGMENT**

Entered: October 21, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 10/14/06

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Baler, Mr. Madden, & Mr. Lockhart.]