Date: 01/16/08.

Hon. ERNest C. torres.
c/o ______
Deputy Clerk
United States District Court

Dear ERNest C. torres

I was sentenced by Judge ERNest C. torres on Desember 01/13/02 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

I __ do __ do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely, Kenny R. Mateo.

Name: Kenny Mateo #05174-070
Address: Pine Prairie C.C., P.O. Box 650,
1133 Hampton Dupree Road
Pine Prairie, La, 70576.
Telephone: 337)599-2198.