IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 02-042T |
| | : | |
| KENNY MATEO-ESPEJO | : | |

GOVERNMENT'S RESPONSE TO THE DEFENDANT'S
MOTION FOR APPOINTMENT OF COUNSEL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and states that the government does not object to the appointment of counsel for the above-named defendant so that the defendant may pursue a modification of his term of imprisonment made pursuant to 18 U.S.C. § 3582(c)(1)(B)(2) and USSG § 1B1.10.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 12th day of February, 2008, I filed and served, by ordinary mail with postage prepaid, the Within Government's Response To The Defendant's Motion For Appointment Of Counsel, to:

Kenny Mateo
Reg. # 05174-070
Pine Prairie C. C. , P.O. Box 650
1133 Hampton Dupree Road
Pine Prairie, LA 70576

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov